UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CHRISTOPHER A. DANIEL,<br><br>    Plaintiff,<br><br>v.<br><br>JONES COUNTY, 259TH DISTRICT, et al.,<br><br>    Defendants. | No. 1:25-CV-001-H |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to comply with the magistrate judge's orders to pay the filing fee or apply to proceed in forma pauperis and to maintain a current address with the Court. Dkt. No. 14. No objections were filed, and the plaintiff has taken no action in this case since February 21, 2025.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with the magistrate judge's orders.

So ordered on April 15, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE